UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION


ANDERS H KNUDSEN               )
CYNTHIA J KNUDSEN,            )
                                     )      CASE NO. C07-3011 MWB
        Appellants,                )
                                       )
        vs.                              )           JUDGMENT
                                       )       IN A CIVIL CASE
INTERNAL REVENUE SERVICE, ET AL,   )
                                       )
        Appellees.                 )


      This matter came before the Court.  The issues have been decided and a decision has been

rendered.

      IT IS ORDERED AND ADJUDGED

      That this matter is remanded to bankruptcy court with instructions to confirm the Knudsens' Fifth

Amended and Substituted Plan of Reorganization.



.     DATED: June 12, 2008


                                         Robert L. Phelps - Clerk

                                         S/src
                                         By: Deputy Clerk